UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHNATHAN HOLMAN and
MARCELLA WARNER HOLMAN,

    Plaintiffs,

    v.

FUTURE GROWTH, LLC and
STUGA, LLC,

    Defendants.

Case No. **24-cv-1012-EFM-TJJ**

## ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

This matter is before the Court on the Motion and Notice to Withdraw (ECF No. 10)[1] filed by Ted E. Knopp, who is counsel of record for Defendant Future Growth, LLC ("Moving Counsel"). He requests an order allowing him to withdraw as counsel of record for Defendant Future Growth, LLC as the matter for which he was hired is now complete. Upon review of the Motion to Withdraw and case docket, the Court hereby finds and orders as follows:

    1.    For the reasons stated in the Motion to Withdraw, good cause exists for Moving Counsel to withdraw, and said withdrawal is permissible under the applicable rules of professional conduct.

    2.    Moving Counsel states in the Motion that Defendant Future Growth, LLC has been notified that it is responsible for complying with all orders of the Court and time limitations established by the rules of procedure and Court orders.

---

[1] The Motion and Notice to Withdraw was filed in the state court action and is located in the state court records at ECF No. 4-1 at pages 298–99

3. The Court notes that the Notice of Removal (ECF No. 1) filed for Defendant Future Growth, LLC was by and through another attorney of record, Craig Shultz, so Future Growth, LLC will continue to be represented by counsel in this case.

4. Pursuant to D. Kan. Rule 83.5.5(b), Moving Counsel is hereby authorized to withdraw as counsel of record for Future Growth, LLC.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw (ECF No. 10) is GRANTED. Attorney Ted E. Knopp is hereby withdrawn as counsel of record for Future Growth, LLC.

**IT IS FURTHER ORDERED** that Moving Counsel shall serve a copy of this Order upon Future Growth, LLC.

IT IS SO ORDERED.

Dated April 26, 2024 in Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge